IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIE SCALES, JR.,         : | | |
|     Plaintiff                : | No. 1:17-cv-01838 | |
|                              : | | |
| v.                          : | (Judge Kane) | |
|                              : | (Magistrate Judge Carlson) | |
| NAVIENT CORPORATION, et al.,: | | |
|     Defendants               : | | |

## ORDER

Before the Court is the March 15, 2018 Report and Recommendation of Magistrate Judge Carlson, recommending that Plaintiff's request for voluntary dismissal of the above-captioned action be granted and the above-captioned action be closed. (Doc. No. 20.) No timely objections have been filed. **ACCORDINGLY**, on this 9th day of May 2018, upon independent review of the record and applicable law, **IT IS ORDERED THAT** the Court **ADOPTS** the Report and Recommendation (Doc. No. 20), of Magistrate Judge Carlson, and the above-captioned action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). **IT IS FURTHER ORDERED THAT** the Clerk of Court is directed to **CLOSE** this case.

                                                          s/ Yvette Kane
                                                          Yvette Kane, District Judge
                                                          United States District Court
                                                           Middle District of Pennsylvania